PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.                                      Crim. No.   02-00206-001

Lamont Hinton

On October 14, 2005, the above named was placed on supervised release for a term of 3 years. On June 11, 2006, Mr. Hinton was the victim of a drive-by shooting in Irvington, New Jersey. Mr. Hinton received a gun shot wound to his head and currently suffers from a loss of vision and has limited mobility. Mr. Hinton resides at the Newark Extended Care facility where he receives daily therapy. Based on his present condition, it is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer
Anthony J. Nisi

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of Feb, 2007.

United States District Judge