PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.                                    Crim. No.   02-00206-001

Lamont Hinton

On October 14, 2005, the above named was placed on supervised release for a term of 3 years. On June 11, 2006, Mr. Hinton was the victim of a drive-by shooting and suffered a gun shot wound to his head. Mr. Hinton suffers from loss of vision and has limited mobility. Mr. Hinton currently resides at the Newark Extended Care facility where he receives daily therapy. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer  
Anthony J. Nisi

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _20th_ day of _February_, 20_07_.

United States District Judge